IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

vs.

Case No. DKC-11-0072

TERRELL LOTT

\* \* \* \* \* \*

## ORDER FOR MEDICAL EVALUATION
## AND APPROPRIATE TREATMENT OF DETAINEE

The Defendant and/or counsel having reported that the Defendant suffers from the following conditions and/or has been prescribed the following medications: *Risperdol + Trazadone*

and the Court having the following additional concerns: *Bi-polar disorder, mild depression, schizophrenia*

IT IS ORDERED that the United States Marshal and/or his contracting agencies:

1. Cause the Defendant to promptly receive an evaluation by an appropriate health care provider;

2. Cause the Defendant to receive care and treatment consistent with the standard of care for the illness(es) and/or condition(s) revealed by the evaluation;

3. Make appropriate records and reports concerning the above illnesses, conditions, and treatment, and, if requested, provide the same to the Court; and

4. Deliver a copy of this order to the personnel in charge of the Defendant at the place of detention.

_____February 22, 2011_____
Date

_____
CHARLES B. DAY
UNITED STATES MAGISTRATE JUDGE

U.S. District Court (Rev. 10/10/2002) Criminal Magistrate Forms: Miscellaneous 604